Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr & Robichaux
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KENNETH JOSEPH HAGELGANS,<br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | 2:17-cv-01533-SI<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $11,123.69 pursuant to 42 U.S.C. § 406(b). Such funds shall be paid to Schneider, Kerr & Robichaux, PO Box 14490, Portland, OR 97293. The attorney fee of $5,014.31 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this __17th__ day of __July_____, 2019.

                                                                 /s/ Michael H. Simon
                                                                 Michael H. Simon
                                                                 United States District Judge